_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
February 21, 2025

GARMAN TURNER GORDON LLP
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail:  tpilatowicz@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Pigeonly, Inc.*

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

In re:

PIGEONLY INC. dba FOTOPIGEON,

     Debtor.

_____

ITRIA VENTURES LLC, a Delaware limited
liability company,

     Plaintiff,

v.

FREDERICK JAMEL HUTSON, an individual;
ALFONZO BROOKS, an individual; DOES 1
through 10, inclusive; and ROE
CORPORATIONS 1 through 10, inclusive,

     Defendants.

CASE No. 24-10355-nmc

Chapter 11

Adversary No. 24-01122-nmc

### ORDER DISMISSING ADVERSARY PROCEEDING AND VACATING ALL HEARINGS

Pigeonly, Inc. and Itria Ventures LLC, by and through their respective undersigned counsel, entered into that certain *Stipulation Dismissing Adversary Proceeding and Vacating All Hearings* (the "Stipulation").[1]

The Court, having read and considered the Stipulation and good cause appearing therefore;

IT IS HEREBY ORDERED that the Stipulation is approved.

IT IS FURTHER ORDERED that the Adversary Proceeding is hereby dismissed with prejudice, with each party to bear its own attorney's fees, expenses, and costs.

**IT IS SO ORDERED.**

GARMAN TURNER GORDON LLP

By: */s/ Talitha Gray Kozlowski*
    TALITHA GRAY KOZLOWSKI, ESQ.
    TERESA M. PILATOWICZ, ESQ.
    7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119
    *Attorneys for Pigeonly, Inc.*

DLA PIPER LLP (US)

By: */s/ C. Kevin Kobbe*
    C. KEVIN KOBBE, ESQ.
    650 South Exeter Street, Suite 1100
    Baltimore, Maryland 21202

SMITH LARSEN & WIXOM

    MICHAEL B. WIXOM, ESQ.
    KARL L. NIELSON, ESQ.
    1935 Village Center Circle
    Las Vegas, Nevada 89134
    *Attorneys for Itria Ventures LLC*

---

[1] All capitalized, undefined terms shall have the meaning ascribed to them in the Stipulation.